# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, J.S. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**IKE V. CHISHOLM**
**GUNNERY SERGEANT (E-7), U.S. MARINE CORPS**

**NMCCA 201500243**

**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 2 April 2015.
**Military Judge**: LtCol D.M. Jones, USMC.
**Convening Authority**: Commanding Officer, MCAS, Beaufort, SC.
**Staff Judge Advocate's Recommendation**: Capt B.R. Swaim, USMC.
**For Appellant**: Maj Michael D. Berry, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 December 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court